IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CHARLES JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>RIO COSUMNES CORRECTIONAL CENTER,<br><br>    Defendant. | No. 2:20-cv-01690-TLN-DMC<br><br>**ORDER** |

Plaintiff Robert Charles Jones ("Plaintiff"), a prisoner proceeding *pro se*, brings this civil rights action under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 27, 2021, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 9.)  No timely objections to the findings and recommendations have been filed.

The Court has reviewed the file under the applicable legal standards and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

///

1. The Findings and Recommendations filed May 27, 2021 (ECF No. 9), are ADOPTED IN FULL;

2. This action is DISMISSED without prejudice for lack of prosecution and failure to comply with Court rules and Orders; and

3. The Clerk of the Court is directed to enter judgment and close this file.

IT IS SO ORDERED.

DATED: August 4, 2021

Troy L. Nunley
United States District Judge